UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TODD J. FENDLER, | ) | CASE NO. 17-81328 |
| | ) | |
| Debtor(s) | ) | JUDGE: THOMAS M. LYNCH |

## MOTION TO APPROVE COMPROMISE OF A CONTROVERSY PER BANKRUPTCY RULE 9019

NOW COMES the Trustee, ALEX D. MOGLIA, by and through his attorneys, WILLIAMSMCCARTHYLLP and THOMAS P. SANDQUIST, and for Trustee's Motion to Approve Compromise of a Controversy with JOSEPH D. OLSEN, the former Trustee in this case, pursuant to Bankruptcy Rule 9019 and in support thereof states as follows:

1. That JOSEPH D. OLSEN ("OLSEN") was Trustee of this bankruptcy case and has since resigned as Trustee of this case.

2. While OLSEN was Trustee he was under a duty to preserve the assets of the estate for the creditors of the estate.

3. Among the assets of the estate is a condominium commonly known as 6090 Strathmoor Drive, Unit 3, Rockford, IL 61107.

4. During the winter months of the 2017/2018 winter, and while OLSEN was Trustee of the estate, OLSEN failed to properly winterize the condominium resulting in significant damage thereto.

5. OLSEN has offered the estate the sum of $10,000.00 in full and final settlement of any claims the estate may have against OLSEN as a result of the damages to the condominium. Attached hereto as **Exhibit A** is a Settlement Agreement entered into between the parties.

1

6. Given the uncertainty of the local real estate market and the uncertainty of the effect that the damages to the condominium have on its fair market value, and in the name of finality of the claim against OLSEN, the Trustee is willing to accept $10,000.00 pursuant to the terms of the attached Settlement Agreement in full and final settlement of any claims that the estate may have against OLSEN as a result of the damages to the condominium.

WHEREFORE, the Trustee, ALEX D. MOGLIA, requests authority to accept the sum of $10,000.00 as and for the Trustee's claims against OLSEN pursuant to the terms of the attached Settlement Agreement and for such other and further relief as this Court deems just.

ALEX D. MOGLIA, Trustee

By: WILLIAMSMcCARTHYLLP

By: _____
THOMAS P. SANDQUIST

Prepared by:
Thomas P. Sandquist
ARDC #06198232
WILLIAMSMcCARTHYLLP
120 West State Street, P.O. Box 219
Rockford, IL 61105
(815) 987 8900
tsandquist@wilmac.com